CINCINNATI (CITY) v. FRANK J. JONES ET AL.

ERECTION OF EXECUTIVE MANSION FOR PRESIDENT OF UNIVERSITY, A PROPER UNI-
VERSITY PURPOSE, TO WHICH TAXES MAY BE APPLIED.

   The erection of a dwelling for the president of a municipal university is
   suitable and necessary to the proper administration of the affairs thereof,
   and for this purpose funds derived from municipal taxation may properly
   be expended.

[Syllabus approved by the court.]

APPEAL from Hamilton circuit court.

**Jesse Lowman** and **J. R. Schindel,** for plaintiff.
**A. B. Benedict,** for defendants.

SWING, J.

The question presented here is one which we think is entirely free
from doubt. It is in brief, whether the board of trustees of the Uni-
versity of Cincinnati have the power to erect on their grounds, in Bur-
net Woods, in the city of Cincinnati, a building for the official residence
of the president of said university. It is now, and always has been, the
policy of the people of this state to encourage education. We now have
in Ohio three universities supported by the state. The University of
Cincinnati gets its power from the state, and unless prohibited by stat-
ute, the board of trustees must have all the powers which are necessary
to properly carry on the university; this must include the erection and
maintenance of all buildings suitable and necessary to carry on a uni-
versity. What buildings are suitable and necessary, must be determined
by the facts and circumstances that exist at the time. At the present
time there can be no question in our judgment but what a house for the
residence of the president is a suitable and necessary building. It is
usual for universities to have such a building, and it can in no sense
be foreign to the purpose for which the university was created and is
maintained. Such a building seems necessary to the proper adminis-
tration of the affairs of the university.

Judgment affirmed.

**Jelke** and **Giffen, JJ.,** concur.